PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOEL JOSE RUEDA,<br><br>                              Defendant. | CASE NO.  1:22-CR-00095-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND SETTING FOR CHANGE OF PLEA; ORDER<br><br>DATE: June 1, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on June 1, 2022.

2.      By this stipulation, defendant now moves to vacate the status conference, to set the matter for a change of plea on June 3, 2022, and to exclude time between June 1, 2022, and June 3, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The parties have entered into a plea agreement which has been filed.

        b)      The parties and U.S. District Judge Jennifer L. Thurston are available for a change of plea on June 3, 2022.

        c)      The ends of justice served by continuing the case as requested outweigh the

interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2022 to June 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 6, 2022                                 PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ KAREN A. ESCOBAR
                                                    KAREN A. ESCOBAR
                                                    JUSTIN J. GILIO
                                                    Assistant United States
                                                    Attorneys

Dated:  May 6, 2022                                 /s/ GRIFFIN ESTES
                                                    GRIFFIN ESTES
                                                    Counsel for Defendant
                                                    JOEL JOSE RUEDA


**ORDER**

IT IS SO ORDERED.


DATED: 5/9/2022                    _Sheila K. Oberto_
                                   THE HONORABLE SHEILA K. OBERTO
                                   UNITED STATES MAGISTRATE JUDGE


STIPULATION REGARDING EXCLUDABLE TIME            2
PERIODS UNDER SPEEDY TRIAL ACT